(COB Form nopd.jsp #152)(10/11)

UNITED STATES BANKRUPTCY COURT
District of Colorado

Abel Orozco Garcia
Debtor(s)

Case Number.: 14−19065−MER
Chapter: 7

Debtor SSN/TaxId Nos.:
xxx−xx−4820

Joint Debtor SSN/Tax Id Nos.:

Debtor(s)

aka(s), if any will be listed on the following page

**NOTICE OF POSSIBLE DIVIDENDS**

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 8/20/15.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 8/20/15 .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

Clerk of the Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 5/18/15

s/ Simon E. Rodriguez
P.O. Box 36324
Denver, CO 80236

## Aliases Page

**Debtor aka(s):**
No Aliases for Debtor